UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ21-543 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| EVERETT J. HAYES, | ) |
| a/k/a EVERETT J. KENNEBREW | ) |
| | ) |
| Defendant. | ) |

Offenses charged:

   1.  Felon in Possession of a Firearm

   2.  Felon in Possession of Ammunition

Date of Detention Hearing:   October 8, 2021.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has a lengthy criminal record that includes assault, 35 warrants for failures to appear, and criminal activity while under state supervision. Defendant does not have a history of a stable residence or stable employment, and has recent significant drug use involving methamphetamine and fentanyl. After the conduct in the instant charge, Defendant left the state and travelled to California in a stolen vehicle, where he was arrested in possession of a firearm. At the time of his arrest in this matter, he was again found in close proximity to a firearm.

2. Defendant poses a risk of nonappearance based on an extensive history of failures to appear, travel to California after law enforcement contact in this matter, and use of an alias. Defendant poses a risk of danger based on his pattern of similar conduct involving gun possession, repeated criminal activity while under supervision, substance abuse history, and lack of compliance while under court supervision.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 8th day of October, 2021.

_____
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3