Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-172-RSL |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| EVERETT JAMESLEE HAYES, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

1. A Taurus PT140Pro pistol, .40 caliber, and associated ammunition; and
2. Two .40 caliber rounds of ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On October 28, 2022, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), as well as 18 U.S.C. § 981(a)(1)(C), by way

Final Order of Forfeiture - 1
*United States v. Hayes*, CR21-172-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of 28 U.S.C. § 2461(c), and 18 U.S.C. § 2428(a), and forfeiting the Defendant's interest in it. Dkt. No. 40;

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 49) and provided direct notice to one identified potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶ 2, Exhibit A); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this __12th__ day of _____March_____, 2024.

*[signature]*

THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Hayes*, CR21-172-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2
   _s/ Krista K. Bush_
3  KRISTA K. BUSH
   Assistant United States Attorney
4  United States Attorney's Office
5  700 Stewart Street, Suite 5220
   Seattle, Washington 98101
6  Phone: (206) 553-2242
   Fax: (206) 553-6934
7  Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Hayes*, CR21-172-RSL